# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

| | |
|---|---|
| United States of America | Case Number: 24-00037-02-CR-W-SRB |
| v. | |
| HALEY N. HOUSE | Date: December 12, 2024 |

Honorable Stephen R. Bough presiding at Kansas City, Missouri

Time commenced: 9:33 a.m.          Time terminated: 9:42 a.m.

| Plaintiff | Appearances | Defendant |
|---|---|---|
| Jeffrey McCarther, AUSA | | Razmi Tahirkheli |

**PROCEEDINGS:**

Defendant appears to change her plea from not guilty to guilty to of Count One to the Indictment.
- X    Defendant sworn.
- X    Court questions defendant regarding his physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
- X    Plea agreement filed
- X    Plea is accepted by the Court.
- X    Court orders Presentence Investigation (PSI).
- X    Defendant remanded to custody.

REMARKS: Sentencing is set for April 15, 2025, at 9:30 a.m.

Court Reporter: Gayle Wambolt          Tracey D. Peters, Courtroom Deputy